474 A.2d 664

Hughes, Appellant, v. Games.

Argued February 15, 1984.   Allen L. Feingold, for appellant;  Joseph P. Selfridge, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment affirmed.